UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| IN RE: SERESTO FLEA AND TICK COLLAR MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) MDL No. 3009 <br> Master Docket No. 1:21-cv-04447 <br> Hon. John R. Blakey |
| This Document Relates to: <br><br> *Vargas, et al. v. Bayer Healthcare LLC, et al.* <br> Case No. 1:21-cv-04476 | ) ) ) ) ) ) ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Faye Hemsley hereby dismisses her claims without prejudice. All other Plaintiffs are unaffected by this voluntary dismissal.

DATED: April 7, 2023

Respectfully Submitted,

/s/ Carl V. Malmstrom
Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

*Liaison Counsel for Plaintiff
and the Putative Classes*