# IN UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: SERESTO FLEA AND TICK COLLAR MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 3009 <br><br> Master Docket Case No. 1:21-cv-04447 <br><br> Hon. John R. Blakey |

This Document Relates to:

*Ruley v. Bayer Healthcare LLC, et al.,*
Case No. 2:22-cv-00020-JPJ-PMS (W.D. VA)

**PARTIAL MOTION TO DISMISS CLASS ACTION COMPLAINT BY
DEFENDANTS BAYER HEALTHCARE, LLC,
AND ELANCO ANIMAL HEALTH, INC.**

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Defendants Elanco Animal Health Inc., and Bayer Healthcare, LLC ("Defendants") respectfully move to dismiss the claims of Plaintiffs Paula and Larry Ruley against Elanco for lack of personal jurisdiction. As described throughout the memo in support of this motion, Defendants further move to dismiss almost all of Plaintiffs' additional claims under Rule 12(b)(6) for failure to state a claim upon which relief can be granted, specifically Plaintiffs'

- Indiana and Kansas consumer protection claims (Counts I and II);
- Virginia Consumer Protection Act ("VCPA") claim (Count III);
- express warranty claims (Counts IV, V, and VI);
- implied warranty claim for fitness for a particular purpose (partial Count VII);
- related Magnuson-Moss Warranty Act claims (Count VIII); and
- strict liability claims (Counts IX & X).

US.357367576.02

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendants also seek to dismiss Plaintiffs' requests for prospective injunctive and declaratory relief for lack of subject-matter jurisdiction. Last, pursuant to Federal Rules of Civil Procedure 23(c)(1)(A) and 23(d)(1)(D), Defendants move to strike (or alternatively dismiss) all nationwide class allegations in the Complaint. In sum, Defendants seek to dismiss all claims against Elanco and all claims against all Defendants other than Virginia-based claims for negligence and breach of the implied warranty of merchantability.

The grounds for this motion are stated more fully in the accompanying memo, which is incorporated herein by reference and filed contemporaneously with this motion.

Dated: May 5, 2023   Respectfully submitted,

/s/ *John P. Mandler*
John P. Mandler
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center, 90 S. 7th Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
John.Mandler@faegredrinker.com

Andrea Roberts Pierson
Andrew L. Campbell
Faegre Drinker Biddle & Reath LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-0300
Andrea.Pierson@faegredrinker.com
Andrew.Campbell@faegredrinker.com

*Counsel for Defendants Bayer Healthcare, LLC, and Elanco Animal Health Inc.*

US.357367576.02

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2023, I electronically filed the foregoing BRIEF IN SUPPORT OF PARTIAL MOTION TO DISMISS CLASS ACTION COMPLAINT BY DEFENDANTS BAYER HEALTHCARE, LLC, AND ELANCO ANIMAL HEALTH, INC. with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ John P. Mandler

US.357367576.02