# IN UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: SERESTO FLEA AND TICK COLLAR MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 3009<br><br>Master Docket Case No. 1:21-cv-04447<br><br>Hon. John R. Blakey |
| This Document Relates to:<br><br>*Jennifer Borchek, and Lauren Skurkis, individually and on behalf of all other similarly situated, v. Bayer Healthcare LLC, et al.,*<br>Case No. 1:21-cv-2099 | |

## MOTION TO DISMISS PLAINTIFF'S COMPLAINT
## BY DEFENDANTS BAYER HEALTHCARE LLC AND
## <u>ELANCO ANIMAL HEALTH INC.</u>

Pursuant to Federal Rule of Civil Procedure12(b)(6), Defendants Elanco Animal Health Inc., Bayer Healthcare, LLC, and Bayer Corporation ("Defendants") respectfully move to dismiss the claims of Plaintiff Borchek against Elanco for their Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA") claim. Defendants further seek to dismiss Plaintiff's unjust enrichment claim, which is based on the same allegations as her ICFA claim. Defendants also seek to dismiss Plaintiff's requests for prospective injunctive and declaratory relief for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1). The grounds for this motion are stated more fully in the accompanying memo, which is incorporated herein by reference and filed contemporaneously with this motion.

Dated: May 5, 2023                                             Respectfully submitted,

/s/ John P. Mandler
John P. Mandler
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center, 90 S. 7th Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
John.Mandler@faegredrinker.com

Andrea Roberts Pierson
Andrew L. Campbell
Faegre Drinker Biddle & Reath LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-0300
Andrea.Pierson@faegredrinker.com
Andrew.Campbell@faegredrinker.com

*Counsel for Defendants Bayer Healthcare, LLC, Bayer Corporation, and Elanco Animal Health Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2023, I electronically filed the foregoing MOTION TO DISMISS PLAINTIFF'S COMPLAINT BY DEFENDANTS BAYER HEALTHCARE LLC AND ELANCO ANIMAL HEALTH INC. with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ John P. Mandler

US.357367628.02