# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: SERESTO FLEA AND TICK COLLAR MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | Case No. 1:21-cv-04447<br><br>MDL No. 3009<br><br>Honorable John Robert Blakey |

## MOTION FOR LEAVE TO WITHDRAW COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiffs Rhonda Bomwell (hereinafter "Bomwell") and Larry Sites (hereinafter "Sites") respectfully request leave to withdraw Kimberly A. Justice as counsel of record. In support thereof, Plaintiffs Bomwell and Sites state as follows:

1. On December 14, 2021, Ms. Justice filed her appearance in this matter.

2. Since December 14, 2021, Ms. Justice has been one of the counsels of record for Plaintiffs Bomwell and Sites.

3. Currently, Ms. Justice does not have an active role in this litigation.

4. This litigation is currently stayed pursuant to the Court granting the parties' joint motions to stay. ECF No. 176.

5. Plaintiffs Bomwell and Sites will not be prejudiced by Ms. Justice withdrawing as counsel. Plaintiff Sites will continue to be directly represented by Tadler Law LLP; and Plaintiff Bomwell will continue to be directly represented by Mazie Slater Katz & Freeman.

WHEREFORE, Plaintiffs Rhonda Bomwell and Larry Sites respectfully request that this Court enter an order removing Kimberly A. Justice's appearance as one of the attorneys of record in this action.

DATED: August 23, 2023

Respectfully submitted,

*/s/ Kimberly A. Justice*
Kimberly A. Justice
FREED KANNER LONDON & MILLEN LLC
923 Fayette Street
Conshohocken, PA 19428
(610) 234-6770
kjustice@fklmlaw.com

*Counsel for Plaintiffs Rhonda Bomwell and Larry Sites*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 23, 2023, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court by using CM/ECF. All counsel of record will receive an electronic notice of this filing.

      */s/ Kimberly A. Justice*
      Kimberly A. Justice