# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Seresto Flea And Tick Collar Marketing, Sales Practices And Products Liability Litigation, et al.

Plaintiff,

v.

Case No.: 1:21−cv−04447

Honorable John Robert Blakey

Bayer Corporation, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 2, 2023:

MINUTE entry before the Honorable John Robert Blakey: The Court grants the parties' joint motion to extend time [181] and hereby extends the stay imposed 7/31/23, see [176], pending further order. The Court also extends the parties' next status report deadline; the parties shall file an updated status report by 11/30/23 proposing additional case management dates. THIS DOCUMENT RELATES TO ALL CASES. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.