UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: SERESTO FLEA AND TICK COLLAR MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | MDL No. 3009<br><br>Master Docket Case No. 1:21-cv-04447<br><br>Hon. John R. Blakey<br><br>Hon. Magistrate Heather K. McShain |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION, AND APPROVAL OF NOTICE PLAN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(e)(1)**

Pursuant to Federal Rule of Civil Procedure 23(e)(1), Plaintiffs respectfully move the Court to enter an order granting preliminary approval of a $15-million non-reversionary class action Settlement to resolve the above-captioned multidistrict litigation.

While Defendants do not oppose this motion, the Settlement is without any admission regarding the merits of Plaintiffs' claims which Defendants explicitly deny.[1]

A copy of a proposed Preliminary Approval Order drafted by the Parties is attached as Exhibit D to the Settlement Agreement.

Under the Settlement, subject to pro rata adjustments, Claimants may claim reimbursement for the alleged price premium associated with the purchase of the Seresto Collars and for alleged injuries or alleged death of pets. Claimants with proof of purchase may receive up to $13.00 per Collar per pet, not subject to any maximum. Claimants without proof of purchase may receive up

---

[1] Defendants have reviewed this motion and all documents referenced in support of this motion and do not oppose the motion or memorandum of law in support thereof and take no position on the Joint Declaration of Co-Lead Class Counsel.

1

to $13.00 per Collar per pet, subject to a maximum Cash Award of $36.00 per pet. Claimants who alleged pet injuries, may receive up to $25.00 per pet or 100% of any out-of-pocket, non-reimbursed costs, based on appropriate documentation as outlined in the Settlement and notice. Claimants who allege pet deaths may receive up to $300.00 related to economic injuries per pet plus 100% of any out-of-pocket non-reimbursed costs, based on appropriate documentation as outlined in the Settlement and notice.

All of these terms were subject to hard-fought negotiations between the parties led by Magistrate Judge Heather K. McShain acting as settlement master. Plaintiffs believe that the Settlement is an excellent result for the Class, and that it provides fair, adequate, and reasonable relief to resolve this Litigation. Accordingly, they respectfully request that the Court preliminarily approve the Settlement, preliminarily certify the Settlement Class, approve the Class Notice Program and appoint the parties' jointly-selected Claims Administrator, direct notice to the Settlement Class Members, and enter the Parties' Proposed Order Granting Preliminary Approval, which sets a timeline for the Court's Fairness Hearing.

This motion is based upon this unopposed motion and supporting memorandum of law; the Joint Declaration of Co-Lead Class Counsel; the Declaration of Steve Weisbrot re Angeion Group Qualifications and the Proposed Notice Plan.

Respectfully submitted this 21st day of December 2023,

| | | |
|---|---|---|
| s/ Michael R. Reese | /s/ Rachel Soffin | /s/ Michael A. Williams |
| Michael R. Reese | Rachel Soffin | Michael A. Williams |
| **REESE LLP** | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC** | **WILLIAMS DIRKS DAMERON LLC** |
| 100 West 93rd Street | 3833 Central Avenue | 1100 Main Street |
| New York, New York 10025 | St. Petersburg, Florida 33723 | Kansas City, Missouri 64105 |
| (212) 643-0500 | (865) 247-0080 | (816) 945-7110 |
| mreese@reeesellp.com | rsoffin@milberg.com | mwilliams@williamsdirks.com |

*Proposed Co-Lead Settlement Class Counsel*