# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: SERESTO FLEA AND TICK COLLAR MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 3009 |
| | Master Docket Case No. 1:21-cv-04447 |
| This Document Relates to All Cases | Hon. John R. Blakey |
| | Hon. Magistrate Heather K. McShain |

## PLAINTIFFS' MOTION
## FOR PAYMENT OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES TO PLAINTIFFS' COUNSEL, AND PAYMENT OF SERVICE AWARDS TO THE CLASS REPRESENTATIVES

Pursuant to Federal Civil Procedure Rules 23(e), 23(h) and 54(d), Plaintiffs respectfully move the Court to enter an order granting payment of the following:

(1) Attorneys' fees to Plaintiffs' Counsel in the amount of $4,587,383.33;

(2) Litigation expenses to Plaintiffs' Counsel in the amount of $154,742,25; and

(3) A service payment in the amount of $15,000 to each Class Representative.

The reasons for this motion are set forth in the accompanying memorandum of law, declarations, exhibits, and oral argument that the Court may consider at the Fairness Hearing.

Respectfully submitted this 17th day of June, 2024,

| | | |
|---|---|---|
| */s/ Michael R. Reese* | */s/ Rachel Soffin* | */s/ Michael A. Williams* |
| Michael R. Reese | Rachel Soffin | Michael A. Williams |
| **REESE LLP** | **MILBERG COLEMAN BRYSON** | **WILLIAMS DIRKS DAMERON LLC** |
| 100 West 93rd Street | **PHILLIPS GROSSMAN PLLC** | 1100 Main Street |
| New York, New York 10025 | 3833 Central Avenue | Kansas City, Missouri 64105 |
| (212) 643-0500 | St. Petersburg, Florida 33723 | (816) 945-7110 |
| *mreese@reesellp.com* | (865) 247-0080 | *mwilliams@williamsdirks.com* |
| | *rsoffin@milberg.com* | |

*Court Appointed Co-Lead Class Counsel*