MR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**

AUG 26 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CARLTON X. MATHEWS
Plaintiff

Case No.: 1:21-CV-04447

v.

ERNESTO FLEA and
TICK COLLAR



## PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT PAYMENT

Pursuant to Fed. R. Civ. P., the Plaintiff, Carlton Mathews, pro se, hereby file motion to enforce Court to make Defendant pay settlement award. In support of Plaintiff's motion, Plaintiff states as follow:

1. Plaintiff have filled out claim form and returned it to Claim Administrator.

2. Plaintiff have wrote Claim Administrator and asked if his claim form (was received) was valid, see exhibit. However, no settlement payment have been made, neither has Claim Administrator responded to Plaintiff's letter.

WHEREFORE Plaintiff respectfully request this Honorable Court to enforce Defendant to make settlement payment.

Respectfully submitted,
/s/ *Carlton Mathews*
Carlton X. Mathews
Pro se
Santa Rosa C.I.
5850 East Milton Rd
Milton, FL 32583

EXHIBIT

Dear Your Honor

Claim Administrator provided Plaintiff with claim form. Plaintiff filled out the claim form and returned it to the Claim Administrator. The Claim Administrator has failed to respond to Plaintiff's letters, or made a settlement payment. Therefore, I asked the Court to intervene and enforce Claim Administrator to make settlement payment to Plaintiff within a specify timeframe.



Carlton X. Mathews #TN1519
Santa Rosa Correction Institution
5850 East Milton Rd
Milton, FL 32583

United States District Court
211 South Court St.
Rockford, IL 61101