

The Honorable John Robert Blakey
United States District Court for
Northern District of Illinois
219 S. Dearborn St
Chicago IL 60604

Seresto Settlement Claims Administrator
1650 Arch St, Ste 2210
Philadelphia PA 19103

*In Re: Seresto Flea and Tick Collar Marketing,*
*Sales Practices and Products Litigation,*
*MDL number3009, Lead CaseNo 1:21-cv-04447*

September 4, 2024

Dear Judge Blakey and Settlement Administrators:

I am writing this letter to respectfully request that I be added as a claimant to this Seresto collar settlement case referenced above, and also to object to the method in which the settlement procedure is being handled. I was not notified of it, and did not find out about it until after the deadline passed. My cat Oliver was perfectly healthy, however began to experience seizures and neurological problems, which escalated into respiratory and cardiac issues after 10 days on the Seresto Collar- starting in late July 2023. He never recovered, and after months of compromised health and numerous veterinary visits, died in early January. I have attached documentation of veterinarian notes (Nanuet Animal Hospital, Valley Cottage Animal Hospital and Animal Medical Center) and my communications with them- of which all state that his problems began with Seresto. Additionally, I reached out to the Elanco company within days of my cat getting sick in a desperate attempt to get some advice or help on how to reverse the toxic effects of the collar. I have a documented complaint /case number registered with them (#2023-US-030274).

I have attached his medical bills and cremation costs for which I am seeking reimbursement, as well as notes/emails to veterinarians and researchers, written in a desperate attempt to save my cat.

Finally, I would like to express my disappointment and voice my objection to the way in which this lawsuit settlement was announced. Elanco informed me that they were required to report all documented cases of customer complaints with the EPA. And yet, there was no direct attempt to reach out to actual victims to notify them of this pending settlement. In fact, a Google search of Seresto collar reveals ***no information*** on this lawsuit- only sponsored advertisements. Only by

typing "Seresto Lawsuit"- (after a friend inquired "Is anything being done about what happened to Oliver??") did I even find out that there was a claim- only to then find out that the deadline to join had already passed!  Additionally, the wording of the claim states "If you do nothing", you forfeit any future claim, etc. Yet victims were not reasonably notified of the claim to be able to do anything- I only stumbled across it by chance. I encountered 3 different people in the emergency waiting rooms who, when talking about "why is your pet here?" stated that they too had experienced a pet who had had seizures after a flea collar. In my desperation I found that a formal congressional inquiry found many thousands of cases of adverse events- What recourse do these victims have, when they are unaware and therefore unable to even make a claim?

Please accept my request to join this case, and also to request of the judge that he consider revising the decision to require that the lawyers and assigned administrators make an effort to ***directly notify*** the victims where reasonably able (via records of complaints to Elanco, EPA and veterinarians, as well as public announcements). By not notifying people directly, and also burying the announcement of the settlement in google search, this enables Elanco to continue selling and profiting from a very toxic and poisonous product to pets- while veterinarians and pet owners remain unaware.

The unexpected loss of my beloved pet Oliver as a result of the Seresto product has caused me a great deal of emotional distress (shock, overwhelming grief and sadness).

I am not represented by council but would like to attend the scheduled hearing on December 4, 2024.

Thank you for your kind attention to this letter and consideration of my request.


Sincerely,

Julie Pharney
(on behalf of Oliver Pharney)
262 Hubert Humphrey Drive
Chestnut Ridge, NY 10977
(845) 300-8633