UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: SERESTO FLEA AND TICK COLLAR MARKETING, SALES PRACTICES AND PRODUCT LIABILITY<br><br>This Document Relates to All Cases | MDL No. 3009<br><br>Master Docket Case No. 1:21-cv-04447<br><br>Hon. John R. Blakey |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e)(2), Plaintiffs respectfully seek the Court's final approval of a $15 million non-reversionary class action Settlement to resolve the above-captioned multidistrict litigation.

Under the Settlement, Claimants are eligible to receive up to $26.00 for claims for reimbursement of the Seresto Collars ("Collars") without Valid Proof of Purchase; Claimants with Valid Proof of Purchase are entitled to receive up to $13.00 per Collar with no limitation; Claimants alleging non-fatal pet injuries are eligible to be reimbursed at $25.00 or 100% of any out-of-pocket costs for medical treatment supported by documentation; and Claimants alleging pet deaths are eligible to be compensated at $300.00, plus 100% of any out-of-pocket costs for medical treatment and/or death-related costs based on documentation, subject to pro rata increases or decreases depending on the number of claims filed.

Plaintiffs believe that the Settlement is an excellent result for the Class, and that it provides fair, adequate, and reasonable relief to resolve this Litigation. They respectfully request that the Court enter the proposed Order granting final settlement approval.

1

This motion is based upon supporting memorandum of law; the Joint Declaration of Co-Lead Class Counsel; and the October 11, 2024 Declaration of Steve Weisbrot, Esq. Re: Angeion Group, LLC Re: Implementation of Notice Plan & Settlement Administration.

Respectfully submitted this 11th day of October 2024,

/s/ Rachel Soffin
Rachel Soffin
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
3833 Central Ave.
St. Petersburg, Florida 33713
Tel: (865) 247-0080
rsoffin@milberg.com

Michael A. Williams
**WILLIAMS DIRKS DAMERON LLC**
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Tel: (816) 945-7110
Fax: (816) 945-7118
mwilliams@williamsdirks.com

Michael R. Reese
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Tel: (212) 643-0500
mreese@reesellp.com

*Co-Lead Counsel for Plaintiffs and the Proposed Classes*