# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Seresto Flea And Tick Collar Marketing, Sales
Practices And Products Liability Litigation, et al.

Plaintiff,

v.

Case No.:
1:21−cv−04447

Honorable John Robert Blakey

Bayer Corporation, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 6, 2025:

    MINUTE entry before the Honorable John Robert Blakey: THIS DOCUMENT RELATES TO ALL CASES. Final approval hearing held on 1/3/2025. The Court denies without prejudice Carlton Mathews' motion to enforce settlement payment [197] for the reasons stated on the record (in particular, because the time for payment has not yet arisen under the settlement). The Court also denies any motions asserted in Julie Pharney's letter [199], including any motion to be included as a claimant to the settlement (which the Court denies as moot because this individual has been permitted to submit a claim) and any objection to the notice procedure (which is denied for the reasons stated on the record). The Court grants Plaintiffs' motion for attorney&#039;s fees and for reimbursement of litigation expenses to plaintiffs' counsel and payment of service awards to the class representatives [194] and grants Plaintiffs' motion for final approval of class action settlement [200]. Enter Final Approval Order. By agreement, the Court dismisses this case with prejudice, but retains jurisdiction to enforce its orders, as well as the settlement agreement [186−1], incorporated herein by reference, including the terms relating to the processing of claims and the distribution of all settlement funds. On this score, Plaintiffs shall file a final status report by 5/30/2025 confirming that all claims have been processed in full and that all funds (including any funds to the cy pres) have been distributed. Civil case terminated. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.