# NAGEL RICE, LLP
COUNSELLORS AT LAW

BRUCE H. NAGEL*
JAY J. RICE*
ROBERT H. SOLOMON
DIANE E. SAMMONS°
LORI I. MAYER°
ANDREW L. O'CONNOR
GREG M. KOHN°
SUSAN F. CONNORS*
BRADLEY L. RICE°
MICHAEL J. PARAGANO°

HARRY A. MARGOLIS
1928-2002

103 EISENHOWER PARKWAY
SUITE 103
ROSELAND, NEW JERSEY 07068
(973) 618-0400
FAX: (973) 618-9194
WWW.NAGELRICE.COM

230 PARK AVENUE
NEW YORK, NY 10169
(212) 551-1465

PLEASE REPLY TO
ROSELAND OFFICE

ANDREW I. PEPPER
CHRISTOPHER G. LOBOZZO

SENIOR COUNSEL
S.M. CHRIS FRANZBLAU◊

OF COUNSEL
RANDEE M. MATLOFF

*CERTIFIED BY THE SUPREME COURT OF
 NEW JERSEY AS A CIVIL TRIAL ATTORNEY
°MEMBER OF NJ & NY BARS
◊MEMBER OF NJ, NY & DC BARS

May 7, 2025

Clerk, United States District Court
Northern District of Illinois
Eastern Division
Everett McKinley Dirksen U.S. Courthouse
219 So. Dearborn Street
Chicago, IL 60604

> *In re: Serest Flea and Tick Collar Marketing, Sales Practices and Product Liability Litigation*
> *MDL: 3009*
> *Master Docket No.: 1:21-cv-04447*

Dear Sir/Madam:

The undersigned represents, plaintiff, Laura Revolinsky. On April 16, 2025, our office filed Declaration of Bruce H. Nagel, Declaration of Joseph LoPiccolo, Esq. and supporting Memorandum of Law, ECF #206. Please be advised that our office inadvertently did not file a notice of motion when filing the motion papers.

Therefore, we are filing Notice of Motion in connection with our filing ECF #206.

Respectfully,

*Bruce H. Nagel*
BRUCE H. NAGEL

BHN/ls