UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: SERESTO FLEA AND TICK COLLAR MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates to All Cases | MDL No.: 3009<br><br>Master Docket<br>Case No. 1:21-cv-04447<br><br>Judge John Robert Blakey |

**PLEASE TAKE NOTICE** that on a date to be set by the court, our firms move for an award of counsel fee and other relief in connection with the settlement agreement by and between the parties in this MDL action.

**PLEASE TAKE FURTHER NOTICE** that counsel for one of the named plaintiffs Laura Revolinsky seek an order:

1. Requiring a full accounting of every firm's lodestar and costs and the fee allocation to each firm;

2. Requiring the payment to movants of their lodestar and costs; and

3. For such further relief as this court may deem just and equitable.

**PLEASE TAKE FURTHER NOTICE** that this motion is based upon supporting memorandum of law, the Declaration of Bruce Nagel, Esq. and Declaration of Joseph LoPiccolo, Esq. filed on April 16, 2025, ECF #206 and filed again herewith in support of this application.

Dated: May 7, 2025
       Roseland, New Jersey

Respectfully submitted,

By: *s/* ***Bruce H. Nagel***
Bruce H. Nagel, Esq.
Nagel Rice LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
Tel: (973) 618-0400
Fax: (973) 618-9194
Emails: bnagel@nagelrice.com

Joseph LoPiccolo, Esq.
Poulos LoPiccolo, PC
1305 South Roller Road
Ocean, New Jersey 07712
Tel: (732) 757-0165
Fax: (732) 358-0180
Email: lopiccolo@pllawfirm.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 7, 2025, I electronically filed the foregoing Motion ordering lead counsel pay Nagel Rice and Poulos LoPiccolo fees with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                /s/ *Bruce H. Nagel*
                                                Bruce H. Nagel