# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: SERESTO FLEA AND TICK COLLAR MARKETING, SALES PRACTICES AND PRODUCT LIABILITY**<br><br>This Document Relates to All Cases | MDL No. 3009<br><br>Master Docket Case No. 1:21-cv-04447<br><br>Hon. John R. Blakey |

## NOTICE OF CHANGE OF FIRM AFFILIATION

PLEASE TAKE NOTICE that Attorney Rachel Soffin, Co-Lead Counsel for Plaintiffs in the above-captioned matter, is no longer affiliated with Milberg Coleman Bryson Phillips Grossman LLP. Ms. Soffin is now affiliated with Pearson Warshaw, LLP. Her contact information is as follows:

> Rachel Soffin
> Pearson Warshaw, LLP
> 15165 Ventura Blvd.
> Suite 400
> Sherman Oaks, CA 91403
> Phone: (818) 205-2815
> Email: rsoffin@pwfirm.com

Date: May 27, 2025

Respectfully submitted,

*/s/ Rachel Soffin*
Rachel Soffin
**PEARSON WARSHAW, LLP**
15165 Ventura Blvd.
Suite 400
Sherman Oaks, CA 91403
Phone: (818) 205-2815
rsoffin@pwfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of May, 2025, I electronically filed the foregoing with the Court which will send notification of same to all counsel of record.

*/s/ Rachel Soffin*
Rachel Soffin
**PEARSON WARSHAW, LLP**
15165 Ventura Blvd.
Suite 400
Sherman Oaks, CA 91403
Phone: (818) 205-2815
rsoffin@pwfirm.com