**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: SERESTO FLEA AND TICK COLLAR MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to All Cases. | MDL No. 3009 <br> Master Docket No. 1:21-cv-04447 <br><br> Judge John Robert Blakey |

**DECLARATION OF JONATHAN SHAFFER OF ANGEION GROUP, LLC**
**RE: RESPONSE TO SOTO MOTION**

I, JONATHAN P. SHAFFER, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am an Associate Project Director with Angeion Group, LLC ("Angeion"), located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      Angeion was appointed to serve as the Claims Administrator to, among other tasks, implement the Notice Plan and perform all other administration duties ascribed to it in the Settlement Agreement that this Court Preliminary Approved on January 25, 2024 (ECF No. 192).

3.      The purpose of this declaration is to provide the Court with information pertaining to the Motion for Order/Relief filed with the Court on July 14, 2026. Dkt. No. 225.

4.      Mr. Soto was issued a Settlement payment via check on March 23, 2026.  This payment was reissued on July 9, 2026. Neither check has been cashed or negotiated. Angeion is in receipt of Mr. Soto's request to have his payment reissued via ACH.

5.      As part of Angeion's standard payment processing and security procedures, Angeion is currently verifying Mr. Soto's bank account information so that his payment may be reissued via ACH transfer, as requested. Upon completion of this verification, Angeion will promptly reissue the payment. Angeion has informed Mr. Soto of the same.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: July 21, 2026

JONATHAN P. SHAFFER